# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TURNING POINT CHRISTIAN CENTER, INC., ) ) ) | |
| Plaintiff, ) ) | STIPULATION OF DISMISSAL |
| vs. ) ) ) | Case No. 3:10-cv-01525 |
| ) | Case No. 3:10 –cv-01577 |
| CITY OF BRISTOL, CONNECTICUT, ) ) | |
| Defendant. ) | |

COME NOW THE PARTIES, by and through their undersigned counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of the remaining claims of all parties in this action <u>with prejudice</u> in light of the Order on Consent entered on May 3, 2011.

This 17th day of August, 2011.

Respectfully submitted by:

**FOR PLAINTIFFS:**

/s/Abigail Southerland_____
Abigail A. Southerland*
Larry L. Crain*
Carly F. Gammill*
Wesley H. Southerland*
AMERICAN CENTER FOR LAW AND JUSTICE
5214 Maryland Way, Suite 402
Brentwood, TN  37027
Telephone:  (615) 376-2600
Fax:  (615) 345-6009
asoutherland@brentwoodlaw.com
TN Bar No. 26608

/s/ Carl Porto
Carl Porto (federal bar no. 13657)
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
Phone (203) 281-2700
Fax: (203) 281-0700
cportoiii@pppclaw.com


**FOR DEFENDANTS:**

/s/ Thomas R. Gerarde
Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361
Fax: 860-249-7665
Email: tgerarde@hl-law.com